Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Wireless Network, LLC, an Illinois Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA The Wireless Network, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-8486487** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3313 East 83rd Place**<br>**Merrillville, IN**<br>ZIP Code **46410** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Approximately 21 operating locations in malls and shopping centers in this District** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

Statistical/Administrative Information   \*\*\* DAVID K. WELCH 06183621 \*\*\*

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Wireless Network, LLC, an Illinois Limited Liability Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _/s/ Marci Killed_ _10/22/07_ <br> Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ <br> (Name of landlord that obtained judgment) |
| _____ <br> (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Wireless Network, LLC, an Illinois Limited Liability Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**DAVID K. WELCH  06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777**
Telephone Number

*10/22/07*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Margo R. Babineaux**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

*10/22/07*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   The Wireless Network, LLC, an Illinois Limited Liability Company    Case No. _____
Debtor(s)    Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Joseph A. Hoffman<br>1505 Sonoma Ct.<br>Crown Point, IN 46307 | Joseph A. Hoffman<br>1505 Sonoma Ct.<br>Crown Point, IN 46307 | | | 100,000.00 |
| Flortech Inc.<br>910 W. National Ave.<br>Addison, IL 60101 | Flortech Inc.<br>910 W. National Ave.<br>Addison, IL 60101 | | | 75,159.87 |
| TEMco Contracting LLC<br>PO Box 551<br>Mount Prospect, IL 60056 | TEMco Contracting LLC<br>PO Box 551<br>Mount Prospect, IL 60056 | | | 70,582.00 |
| Stan's Painting & Decorating<br>440 Sullivan Street<br>Hobart, IN 46342-4722 | Stan's Painting & Decorating<br>440 Sullivan Street<br>Hobart, IN 46342-4722 | | | 35,375.00 |
| Simplified Home Entertainment<br>12569 Washington Street<br>Crown Point, IN 46307 | Simplified Home Entertainment<br>12569 Washington Street<br>Crown Point, IN 46307 | | | 27,205.36 |
| Jansen Construction Group Inc.<br>Attn: Accounts Receivable<br>8355 West Bradley Rd.<br>Milwaukee, WI 53223-3244 | Jansen Construction Group Inc.<br>Attn: Accounts Receivable<br>8355 West Bradley Rd.<br>Milwaukee, WI 53223-3244 | | | 21,596.00 |
| Johnson Design Group<br>1550 N. Northwest Highway<br>Park Ridge, IL 60068-1463 | Johnson Design Group<br>1550 N. Northwest Highway<br>Park Ridge, IL 60068-1463 | | | 21,564.30 |
| Hinshaw & Culbertson LLP<br>222 N. LaSalle, #300<br>Chicago, IL 60601-1081 | Hinshaw & Culbertson LLP<br>222 N. LaSalle, #300<br>Chicago, IL 60601-1081 | | | 16,000.00 |
| Newport-GBZ LLC<br>3973 Paysphere Circle<br>Chicago, IL 60614 | Newport-GBZ LLC<br>3973 Paysphere Circle<br>Chicago, IL 60614 | Rent | | 13,564.07 |
| Westlake Southlake Mall<br>Attn: Matthew J. Riek<br>2109 Southlake Mall<br>Merrillville, IN 46410 | Westlake Southlake Mall<br>Attn: Matthew J. Riek<br>2109 Southlake Mall<br>Merrillville, IN 46410 | Rent | | 12,606.04 |

11/01/07 2:03PM

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company**            Case No.    _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### · (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Chicago SMSA Ltd. Partnership<br>c/o Verizon<br>1515 Woodfield Rd., #1400<br>Itasca, IL 60143 | Chicago SMSA Ltd. Partnership<br>c/o Verizon<br>1515 Woodfield Rd., #1400<br>Itasca, IL 60143 | Rent | | 12,605.68 |
| Unified Properties<br>Attn: Bruce Swift<br>10424 E. Penstamin Drive<br>Scottsdale, AZ 85255 | Unified Properties<br>Attn: Bruce Swift<br>10424 E. Penstamin Drive<br>Scottsdale, AZ 85255 | Rent | | 11,225.00 |
| AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100 | AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100 | | | 9,313.17 |
| Custom Creations<br>707 Indiana Ave.<br>Crown Point, IN 46307 | Custom Creations<br>707 Indiana Ave.<br>Crown Point, IN 46307 | | | 9,299.00 |
| Bauer Sign Company<br>W184 S8408 Challenger Drive<br>Muskego, WI 53150 | Bauer Sign Company<br>W184 S8408 Challenger Drive<br>Muskego, WI 53150 | | | 8,338.65 |
| Inland Commercial Property Mgmt<br>4575 Paysphere Circle<br>Chicago, IL 60674 | Inland Commercial Property Mgmt<br>4575 Paysphere Circle<br>Chicago, IL 60674 | Rent | | 8,214.20 |
| Erickson, Brown & Kloster, PC<br>4565 Hilton Parkway, #101<br>Colorado Springs, CO 80907 | Erickson, Brown & Kloster, PC<br>4565 Hilton Parkway, #101<br>Colorado Springs, CO 80907 | | | 7,443.40 |
| Ford City Associates<br>7601 S. Cicero Ave.<br>Chicago, IL 60652 | Ford City Associates<br>7601 S. Cicero Ave.<br>Chicago, IL 60652 | Rent | | 7,197.00 |
| River Forest Town Center, LLC<br>c/o The Taxman Corporation<br>1140 Lake Street, #401<br>Oak Park, IL 60302 | River Forest Town Center, LLC<br>c/o The Taxman Corporation<br>1140 Lake Street, #401<br>Oak Park, IL 60302 | Rent | | 7,097.33 |
| Gurnee Mills/Cincinnati Mills<br>The Mills, A. Simon Co.<br>6170 W. Grand Ave.<br>Gurnee, IL 60031 | Gurnee Mills/Cincinnait Mills<br>The Mills, A. Simon Co.<br>6170 W. Grand Ave.<br>Gurnee, IL 60031 | Rent | | 6,916.67 |

11/01/07 2:03PM

In re  __The Wireless Network, LLC, an Illinois Limited Liability Company__        Case No.  _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __November 1, 2007__            Signature  _____
Margo R. Babineaux
Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6D (10/06)

In re      **The Wireless Network, LLC, an Illinois Limited Liability Company**                    Case No. _____
                                                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Cellco Partnership d/b/a Verizon Wireless**<br>**1515 Woodfield Rd., #1400**<br>**Schaumburg, IL 60173** | | - | | | inventory and accounts<br><br><br><br>Value $            Unknown | | | | 600,000.00 | Unknown |
| Account No.<br><br>**First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | | | | | all assets<br><br><br><br>Value $            Unknown | | | | 2,292,224.78 | Unknown |
| Account No.<br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | | | | | Subtotal<br>(Total of this page) | | 2,892,224.78 | 0.00 |
| | | | | | | | Total<br>(Report on Summary of Schedules) | | 2,892,224.78 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company**                     Case No. _____
_____,
                                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company** ,   Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | sales tax | | | | | | |
| Illinois Dept of Revenue Retailer's Occupation Tax Springfield, IL 62776-0001 | | - | | | | | Unknown | Unknown | Unknown |
| Account No. | | | sales tax | | | | | | |
| Indiana Department of Revenue System Services PO Box 6197 Indianapolis, IN 46206-6097 | | - | | | | | Unknown | Unknown | Unknown |
| Account No. | | | sales tax | | | | | | |
| Minnesota Department of Revenue PO Box 64564 Saint Paul, MN 55164-0564 | | - | | | | | Unknown | Unknown | Unknown |
| Account No. | | | sales tax | | | | | | |
| Wisconsin Dept. of Revenue Division of Income, Sales & Excise PO Box 8933, Mail Stop 6-40 Madison, WI 53708-8933 | | - | | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06)

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company**                                    Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rent | | | | |
| **510 Winnetka, LLC**<br>**5940 W. Touhy, #300**<br>**Niles, IL 60714** | - | | | | | | 4,965.43 |
| Account No. | | | Rent | | | | |
| **6013 N. Cicero Inc.**<br>**c/o Lea Stames**<br>**4935 W. Belmont**<br>**Chicago, IL 60641** | - | | | | | | 3,967.00 |
| Account No. | | | | | | | |
| **A. K. Jensen Corporation**<br>**5337 Grand Market Dr., #8**<br>**PO Box 417**<br>**Appleton, WI 54912** | - | | | | | | 3,655.69 |
| Account No. | | | | | | | |
| **Allied Waste Services**<br>**PO B0X 9001099**<br>**Louisville, KY 40290-1099** | | | | | | | 1,388.94 |
| __17__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 13,977.06 |

Official Form 6F (10/06) - Cont.

In re **The Wireless Network, LLC, an Illinois Limited Liability Company** ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Arnt Asphalt Sealing Inc. 1240 S. Crystal Ave. Benton Harbor, MI 49022 | - | | | | | | | 1,750.00 |
| Account No. | | | | | | | | |
| AT&T PO Box 8100 Aurora, IL 60507-8100 | - | | | | | | | 9,313.17 |
| Account No. | | | | | | | | |
| Auto-Owners Insurance PO Box 30315 Lansing, MI 48909-7815 | - | | | | | | | 1,663.95 |
| Account No. | | | | | | | | |
| Bauer Sign Company W184 S8408 Challenger Drive Muskego, WI 53150 | - | | | | | | | 8,338.65 |
| Account No. | | | | | | | | |
| Bayland Buildings, Inc. PO Box 13571 Green Bay, WI 54307-3571 | - | | | | | | | 5,619.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 26,684.77

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company**                Case No. _____
                                                          ,
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Rent | | | | |
| Carriage Way LLC c/o Taxman Corp. 5215 Old Orchard Rd., #130 Skokie, IL 60077 | - | | | | | | | 5,966.46 |
| Account No. | | | | FOR NOTICE PURPOSES ONLY | | | | |
| CDNA Wireless, LLC c/o John D. Burke 200 W. Madison St., #3500 Chicago, IL 60606 | - | | | | | | X | Unknown |
| Account No. | | | | Rent | | | | |
| Centro NP Holdings 1 SPE LLC PO Box 533337 Atlanta, GA 30353-3337 | - | | | | | | | 6,081.65 |
| Account No. | | | | Rent | | | | |
| Chicago SMSA Ltd. Partnership c/o Verizon 1515 Woodfield Rd., #1400 Itasca, IL 60143 | - | | | | | | | 12,605.68 |
| Account No. | | | | FOR NOTICE PURPOSES ONLY | | | | |
| Christina Pannos c/o John D. Burke 200 W. Madison St., 33500 Chicago, IL 60606 | - | | | | | | | Unknown |

| | |
|---|---|
| Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   24,653.79 |

Official Form 6F (10/06) - Cont.

In re     **The Wireless Network, LLC, an Illinois Limited Liability Company**                Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cleaning Unlimited<br>405 Tiebel Dr.<br>Schererville, IN 46375 | - | | | | | | 560.00 |
| Account No. | | | | | | | |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0002 | - | | | | | | 536.79 |
| Account No. | | | | | | | |
| Commercial Painting Services<br>9801 Dupont Avenue South, #408<br>Bloomington, MN 55431 | - | | | | | | 1,650.00 |
| Account No. | | | | | | | |
| Custom Creations<br>707 Indiana Ave.<br>Crown Point, IN 46307 | - | | | | | | 9,299.00 |
| Account No. | | | | | | | |
| D. Xenos & Associates, Ltd.<br>2045 W. Grand Ave., #200<br>Chicago, IL 60612 | - | | | | | | 600.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,645.79

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company**    Case No. _____

_____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Dale Office Furniture 4818 Sinclair Road San Antonio, TX 78222 | - | | | | | | | 3,206.50 |
| Account No. | | | | Rent | | | | |
| Development Champlin LLP 523 Litchfield Ave SE Willmar, MN 56201 | - | H | | | | | | 2,792.42 |
| Account No. | | | | | | | | |
| Direct Hearing & Air Conditioning 10132 W. Ford Ave. Beach Park, IL 60099 | - | | | | | | | 229.00 |
| Account No. | | | | | | | | |
| Erickson, Brown & Kloster, PC 4565 Hilton Parkway, #101 Colorado Springs, CO 80907 | - | | | | | | | 7,443.40 |
| Account No. | | | | | | | | |
| F.J. Bero & Company Inc. 1629 Weld Road Elgin, IL 60123 | - | | | | | | | 153.21 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,824.53

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

11/02/07  8:51AM

Official Form 6F (10/06) - Cont.

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company**                    Case No. _____
,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Federal Express PO Box 94515 Palatine, IL 60094-4515 | - | | | | | | 186.99 |
| Account No. | | | | | | | |
| Flortech Inc. 910 W. National Ave. Addison, IL 60101 | - | | | | | | 75,159.87 |
| Account No. | | Rent | | | | | |
| Ford City Associates 7601 S. Cicero Ave. Chicago, IL 60652 | - | | | | | | 7,197.00 |
| Account No. | | | | | | | |
| Forward Janesville Inc. 51 S. Jackson St. Janesville, WI 53548 | - | | | | | | 323.00 |
| Account No. | | Rent | | | | | |
| Fountain Square, LLC c/o Sterling Real Estate Services 5999 New Wilke Rolling Meadows, IL 60008 | - | | | | | | 2,641.66 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        85,508.52

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company**                Case No. _____
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Rent | | | | | |
| GC/BV 1 Shops, LLC c/o Boulder Venture 311 East Chicago St., #210 Milwaukee, WI 53202 | - | | | | | | | 5,069.33 |
| Account No. | | | | | | | | |
| Guerard, Kalina & Butkus Attorneys at Law 100 West Roosevelt Rd. Wheaton, IL 60187 | - | | | | | | | 742.20 |
| Account No. | | | Rent | | | | | |
| Gurnee Mills/Cincinnati Mills The Mills, A. Simon Co. 6170 W. Grand Ave. Gurnee, IL 60031 | - | | | | | | | 6,916.67 |
| Account No. | | | | | | | | |
| Hinshaw & Culbertson LLP 222 N. LaSalle, #300 Chicago, IL 60601-1081 | - | | | | | | | 16,000.00 |
| Account No. | | | | | | | | |
| Icon Ink Printing & Graphics Inc. 4 Juniper Ct. Buffalo Grove, IL 60089 | - | | | | | | | 5,342.93 |
| Sheet no. _6_ of _17_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 34,071.13 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company**               Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Rent | | | | |
| Inland Commercial Property Mgmt 4575 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 8,214.20 |
| Account No. | | | | Rent | | | | |
| Janesville Mall Limited Partnership PO Box 74322 Cleveland, OH 44194-4322 | - | | | | | | | 5,325.00 |
| Account No. | | | | | | | | |
| Jansen Construction Group Inc. Attn: Accounts Receivable 8355 West Bradley Rd. Milwaukee, WI 53223-3244 | - | | | | | | | 21,596.00 |
| Account No. | | | | | | | | |
| Jeff Svihlik 4995 East 105th Lane Crown Point, IN 46307 | - | | | | | | | 150,000.00 |
| Account No. | | | | | | | | |
| Johnson Design Group 1550 N. Northwest Highway Park Ridge, IL 60068-1463 | - | | | | | | | 21,564.30 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          206,699.50

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __The Wireless Network, LLC, an Illinois Limited Liability Company__ ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Joseph A. Hoffman 1505 Sonoma Ct. Crown Point, IN 46307 | - | | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| Key Equipment Finance Payment Processing PO Box 203901 Houston, TX 77216-3901 | - | | | | | | | 353.51 |
| Account No. | | | | | | | | |
| Keyed Rite, Inc. 3033 West 37th Ave. Hobart, IN 46342 | - | | | | | | | 3,001.34 |
| Account No. | | | | | | | | |
| Koziol Engineering 1709 Ogden Avenue Lisle, IL 60532 | - | | | | | | | 3,595.00 |
| Account No. | | | Rent | | | | | |
| Lakeside Development Group LLC Mr. Jon Lukens 1263 Main St. Green Bay, WI 54302 | - | | | | | | | 1,554.41 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    108,504.26

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    __The Wireless Network, LLC, an Illinois Limited Liability Company__,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Rent | | | | |
| Leighton's Garage Inc. 14301 W. 62nd St. Eden Prairie, MN 55346 | - | | | | | | | | 1,775.00 |
| Account No. | | | | | Rent | | | | |
| Louis Joliet Shoppingtown LP Bank of America File 13003 13003 Collection Center Dr. Chicago, IL 60693 | - | | | | | | | | 5,838.20 |
| Account No. | | | | | | | | | |
| Margo R. Babineaux 4995 East 105th Lane Crown Point, IN 46307 | - | | | | | | | | 152,371.35 |
| Account No. | | | | | Rent | | | | |
| Metzler Renaissance Place LP PO Box 24887 Seattle, WA 98124-0887 | - | | | | | | | | 4,760.34 |
| Account No. | | | | | FOR NOTICE PURPOSES ONLY | | | X | |
| Michael Pannos c/o John D. Burke 200 W. Madison, #3500 Chicago, IL 60606 | - | | | | | | | | Unknown |

Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    164,744.89

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company** ,   Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rent | | | | |
| Newport-GBZ LLC 3973 Paysphere Circle Chicago, IL 60614 | - | | | | | | 13,564.07 |
| Account No. | | | FOR NOTICE PURPOSES ONLY | | | X | |
| Nicholas Pannos c/o John D. Burke 200 W. Madison, #3500 Chicago, IL 60606 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Nicor Gas PO Box 416 Aurora, IL 60568-0001 | - | | | | | | 16.51 |
| Account No. | | | | | | | |
| Nipsco PO Box 13007 Merrillville, IN 46411-3007 | - | | | | | | 219.26 |
| Account No. | | | Rent | | | | |
| One North Dearborn Prop, LLC PO Box 3027 Hicksville, NY 11802-3027 | - | | | | | | 2,875.99 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      16,675.83

Official Form 6F (10/06) - Cont.

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company** ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Paragon Installations Inc. 3313 E. 83rd Place Merrillville, IN 46410 | - | | | | | | 81,250.50 |
| Account No. | | | Rent | | | | |
| Payless Shoe Source Inc. Lease Admin. Dept. Retail Prop 2308 PO Box 3560 Topeka, KS 66601-3560 | - | | | | | | 5,661.25 |
| Account No. | | | | | | | |
| Peoples Gas Chicago, IL 60687-0001 | - | | | | | | 34.69 |
| Account No. | | | FOR NOTICE PURPOSES ONLY | | | | |
| Peter Cappas c/o John D. Burke 200 W. Madison, #3500 Chicago, IL 60606 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| PK Construction & Services, Inc. 1819 W. Grand Ave., #203 Chicago, IL 60622 | - | | | | | | 450.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,396.44

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company**           Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Port City Structures, Inc. 2006 Wery Lane Green Bay, WI 54313 | - | | | | | | 1,150.00 |
| Account No. | | | | | | | |
| Psenka Architects Inc. 146 West Station St. Barrington, IL 60010 | - | | | | | | 1,257.00 |
| Account No. | | | Rent | | | | |
| River Forest Town Center, LLC c/o The Taxman Corporation 1140 Lake Street, #401 Oak Park, IL 60302 | - | | | | | | 7,097.33 |
| Account No. | | | Rent | | | | |
| Ronald O. Roeser DBA Roeser Properties 920 Davis Rd., #100 Elgin, IL 60123 | - | | | | | | 3,066.00 |
| Account No. | | | | | | | |
| Royal Publishing Peoria Office 7620 North Harker Peoria, IL 61615 | - | | | | | | 1,125.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,695.33

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company**            Case No. _____
                                                                    ,
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rent | | | | |
| S Group Properties 561 W. Diversey Parkway, #209 Chicago, IL 60614-1643 | - | | | | | | 3,418.14 |
| Account No. | | | | | | | |
| Simplified Home Entertainment 12569 Washington Street Crown Point, IN 46307 | - | H | | | | | 27,205.36 |
| Account No. | | | FOR NOTICE PURPOSES ONLY | | | | |
| SP Wireless, LLC c/o John D. Burke 200 W. Madison, #3500 Chicago, IL 60606 | - | | | | | X | Unknown |
| Account No. | | | Rent | | | | |
| St. John Square LLC c/o Paul Hammer Companies 250 Grandview Dr., #400 Ft Mitchell, KY 41017 | - | | | | | | 3,359.82 |
| Account No. | | | | | | | |
| Stan's Painting & Decorating 440 Sullivan Street Hobart, IN 46342-4722 | - | | | | | | 35,375.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,358.32

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company**                        ,    Case No. _____

                                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rent | | | | |
| Standard Parking 1849 Green Bay Road, Ste. B-100 Highland Park, IL 60035 | - | | | | | | 50.00 |
| Account No. | | | | | | | |
| Stout Marketing PO Box 790051 Saint Louis, MO 63179-0051 | - | | | | | | 6,366.63 |
| Account No. | | | Rent | | | | |
| TBS Lockport, LLC c/o Edgmark Asset Mgmt. LLC 2215 York Rd., #503 Oak Brook, IL 60523 | - | | | | | | 6,398.82 |
| Account No. | | | | | | | |
| TBSP-Lockport, LLC 1550 East Higgins Road, #102 Elk Grove Village, IL 60007 | - | | | | | | 2,447.00 |
| Account No. | | | | | | | |
| TEMco Contracting LLC PO Box 551 Mount Prospect, IL 60056 | - | | | | | | 70,582.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              85,844.45

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    __The Wireless Network, LLC, an Illinois Limited Liability Company__      Case No. _____
                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Rent | | | | |
| Terra Investment Company, LLC Attn: Jerry Beyer 754 Merrill Ave. Park Ridge, IL 60068 | - | | | | | | 3,180.37 |
| Account No. | | | | | | | |
| Terry Hugus 205 Harrison Blvd. Valparaiso, IN 46383-3542 | - | | | | | X | 4,093.34 |
| Account No. | | | | | | | |
| TIB Office, Inc. PO Box 11425 Merrillville, IN 46410 | - | | | | | X | 3,501.66 |
| Account No. | | | | | | | |
| Tierra 3821 Indianapolis Blvd. East Chicago, IN 46312 | - | | | | | | 2,016.00 |
| Account No. | | | Rent | | | | |
| Unified Properties Attn: Bruce Swift 10424 E. Penstamin Drive Scottsdale, AZ 85255 | - | | | | | | 11,225.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of        Subtotal        | 24,016.37
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Official Form 6F (10/06) - Cont.

In re   **The Wireless Network, LLC, an Illinois Limited Liability Company**              Case No. _____

,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Verizon North (CA) PO Box 920041 Dallas, TX 75392-0041 | - | | | | | | | 760.68 |
| Account No. | | | | | | | | |
| Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | - | | | | | | | 1,673.04 |
| Account No. | | | | | | | | |
| Warehouse Direct Office Products 1601 West Algonquin Rd. Mount Prospect, IL 60056 | - | | | | | | | 688.36 |
| Account No. | | | | | | | | |
| We Energies 333 W. Everett St. Milwaukee, WI 53290-1000 | - | | | | | | | 231.36 |
| Account No. | | Rent | | | | | | |
| WeGo, LLC 1218 Douglas Road Oswego, IL 60543 | - | | | | | | | 4,373.91 |
| Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 7,727.35 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **The Wireless Network, LLC, an Illinois Limited Liability Company**            Case No. _____
_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Westlake Southlake Mall**<br>**Attn: Matthew J. Riek**<br>**2109 Southlake Mall**<br>**Merrillville, IN 46410** | - | | Rent | | | | 12,606.04 |
| Account No.<br><br>**Work Wireless**<br>**20464 Chartwell Center Dr., Suite #**<br>**Cornelius, NC 28031** | - | | | | | | 2,250.00 |
| Account No.<br><br>**Yorktown Holdlings LLC**<br>**c/o Long/Pehrson Associates LLC**<br>**203 Yorktown Center**<br>**Lombard, IL 60148** | - | | Rent | | | | 6,300.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 21,156.04 |
| Total (Report on Summary of Schedules) | | 1,017,184.37 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re __The Wireless Network, LLC, an Illinois Limited Liability Company__          Case No. _____

Debtor(s)                    Chapter    __11_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing Schedules D, E and F, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __October 22, 2007_____        Signature   __/s/Margo R. Babineaux_____

**Margo R. Babineaux**
**Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Wireless Network, LLC, an Illinois Limited Liability Company**

Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $          **52,000.00*** |
| Prior to the filing of this statement I have received | $          **52,000.00** |
| Balance Due | $     **To Be Determined** |

2.  The source of the compensation paid to me was:                              * plus additional court allowed fees

☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 22, 2007**

_David K. Welch signature_

**DAVID K. WELCH**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   The Wireless Network, LLC

Debtor(s)

Case No.

Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    94

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   October 22, 2007

Margo R. Babineaux/Manager
Signer/Title

510 Winnetka, LLC
5940 W. Touhy, #300
Niles, IL 60714

.

CUNA Wireless, LLC
c/o John D. Burke
200 W. Madison St., #3500
Chicago, IL 60606

Dale Office Furniture
4818 Sinclair Road
San Antonio, TX 78222

6013 N. Cicero Inc.
c/o Lea Stames
4935 W. Belmont
Chicago, IL 60641

Cellco Partnership d/b/a Verizon
Wireless
1515 Woodfield Rd., #1400
Schaumburg, IL 60173

Development Champlin LLP
523 Litchfield Ave SE
Willmar, MN 56201

A. K. Jensen Corporation
5337 Grand Market Dr., #8
PO Box 417
Appleton, WI 54912

Centro NP Holdings 1 SPE LLC
PO Box 533337
Atlanta, GA 30353-3337

Direct Hearing & Air Conditioning
10132 W. Ford Ave.
Beach Park, IL 60099

Allied Waste Services
PO BOX 9001099
Louisville, KY 40290-1099

Chicago SMSA Ltd. Partnership
c/o Verizon
1515 Woodfield Rd., #1400
Itasca, IL 60143

Erickson, Brown & Kloster, PC
4565 Hilton Parkway, #101
Colorado Springs, CO 80907

Arnt Asphalt Sealing Inc.
1240 S. Crystal Ave.
Benton Harbor, MI 49022

Christina Pannos
c/o John D. Burke
200 W. Madison St., 33500
Chicago, IL 60606

F.J. Bero & Company Inc.
1629 Weld Road
Elgin, IL 60123

AT&T
PO Box 8100
Aurora, IL 60507-8100

Cleaning Unlimited
405 Tiebel Dr.
Schererville, IN 46375

Federal Express
PO Box 94515
Palatine, IL 60094-4515

Auto-Owners Insurance
PO Box 30315
Lansing, MI 48909-7815

ComEd
Bill Payment Center
Chicago, IL 60668-0002

First United Bank
7626 W. Lincoln Hwy
Frankfort, IL 60423

Bauer Sign Company
W184 S8408 Challenger Drive
Muskego, WI 53150

Commercial Painting Services
9801 Dupont Avenue South, #408
Bloomington, MN 55431

Flortech Inc.
910 W. National Ave.
Addison, IL 60101

Bayland Buildings, Inc.
PO Box 13571
Green Bay, WI 54307-3571

Custom Creations
707 Indiana Ave.
Crown Point, IN 46307

Ford City Associates
7601 S. Cicero Ave.
Chicago, IL 60652

Carriage Way LLC
c/o Taxman Corp.
5215 Old Orchard Rd., #130
Skokie, IL 60077

D. Xenos & Associates, Ltd.
2045 W. Grand Ave., #200
Chicago, IL 60612

Forward Janesville Inc.
51 S. Jackson St.
Janesville, WI 53548

Fountain Square LLC
c/o Sterling Real Estate Services
5999 New Wilke
Rolling Meadows, IL 60008

Janesville Mall Limited Partnership
PO Box 4322
Cleveland, OH 44194-4322

Lakes Joliet Shoppingtown LP
Bank of America File 13003
13003 Collection Center Dr.
Chicago, IL 60693

GC/BV 1 Shops, LLC
c/o Boulder Venture
311 East Chicago St., #210
Milwaukee, WI 53202

Jansen Construction Group Inc.
Attn: Accounts Receivable
8355 West Bradley Rd.
Milwaukee, WI 53223-3244

Margo R. Babineaux
4995 East 105th Lane
Crown Point, IN 46307

Guerard, Kalina & Butkus
Attorneys at Law
100 West Roosevelt Rd.
Wheaton, IL 60187

Jeff Svihlik
4995 East 105th Lane
Crown Point, IN 46307

Metzler Renaissance Place LP
PO Box 24887
Seattle, WA 98124-0887

Gurnee Mills/Cincinnati Mills
The Mills, A. Simon Co.
6170 W. Grand Ave.
Gurnee, IL 60031

Johnson Design Group
1550 N. Northwest Highway
Park Ridge, IL 60068-1463

Michael Pannos
c/o John D. Burke
200 W. Madison, #3500
Chicago, IL 60606

Hinshaw & Culbertson LLP
222 N. LaSalle, #300
Chicago, IL 60601-1081

Joseph A. Hoffman
1505 Sonoma Ct.
Crown Point, IN 46307

Minnesota Department of Revenue
PO Box 64564
Saint Paul, MN 55164-0564

Icon Ink Printing & Graphics Inc.
4 Juniper Ct.
Buffalo Grove, IL 60089

Key Equipment Finance
Payment Processing
PO Box 203901
Houston, TX 77216-3901

Newport-GBZ LLC
3973 Paysphere Circle
Chicago, IL 60614

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601

Keyed Rite, Inc.
3033 West 37th Ave.
Hobart, IN 46342

Nicholas Pannos
c/o John D. Burke
200 W. Madison, #3500
Chicago, IL 60606

Illinois Dept of Revenue
Retailer's Occupation Tax
Springfield, IL 62776-0001

Koziol Engineering
1709 Ogden Avenue
Lisle, IL 60532

Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Indiana Department of Revenue
System Services
PO Box 6197
Indianapolis, IN 46206-6097

Lakeside Development Group LLC
Mr. Jon Lukens
1263 Main St.
Green Bay, WI 54302

Nipsco
PO Box 13007
Merrillville, IN 46411-3007

Inland Commercial Property Mgmt
4575 Paysphere Circle
Chicago, IL 60674

Leighton's Garage Inc.
14301 W. 62nd St.
Eden Prairie, MN 55346

One North Dearborn Prop, LLC
PO Box 3027
Hicksville, NY 11802-3027

Paragon Installations Inc.
3313 E. 83rd Place
Merrillville, IN 46410

SI Group Properties
561 W. Diversey Parkway, #209
Chicago, IL 60614-1643

Taffee Investment Company, LLC
Attn: Jerry Beyer
754 Merrill Ave.
Park Ridge, IL 60068

Payless Shoe Source Inc.
Lease Admin. Dept. Retail Prop 2308
PO Box 3560
Topeka, KS 66601-3560

Simplified Home Entertainment
12569 Washington Street
Crown Point, IN 46307

Terry Hugus
205 Harrison Blvd.
Valparaiso, IN 46383-3542

Peoples Gas
Chicago, IL 60687-0001

SP Wireless, LLC
c/o John D. Burke
200 W. Madison, #3500
Chicago, IL 60606

TIB Office, Inc.
PO Box 11425
Merrillville, IN 46410

Peter Cappas
c/o John D. Burke
200 W. Madison, #3500
Chicago, IL 60606

St. John Square LLC
c/o Paul Hammer Companies
250 Grandview Dr., #400
Ft Mitchell, KY 41017

Tierra
3821 Indianapolis Blvd.
East Chicago, IN 46312

PK Construction & Services, Inc.
1819 W. Grand Ave., #203
Chicago, IL 60622

Stan's Painting & Decorating
440 Sullivan Street
Hobart, IN 46342-4722

Unified Properties
Attn: Bruce Swift
10424 E. Penstamin Drive
Scottsdale, AZ 85255

Port City Structures, Inc.
2006 Wery Lane
Green Bay, WI 54313

Standard Parking
1849 Green Bay Road, Ste. B-100
Highland Park, IL 60035

Verizon North (CA)
PO Box 920041
Dallas, TX 75392-0041

Psenka Architects Inc.
146 West Station St.
Barrington, IL 60010

Stout Marketing
PO Box 790051
Saint Louis, MO 63179-0051

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

River Forest Town Center, LLC
c/o The Taxman Corporation
1140 Lake Street, #401
Oak Park, IL 60302

TBS Lockport, LLC
c/o Edgmark Asset Mgmt. LLC
2215 York Rd., #503
Oak Brook, IL 60523

Warehouse Direct Office Products
1601 West Algonquin Rd.
Mount Prospect, IL 60056

Ronald O. Roeser
DBA Roeser Properties
920 Davis Rd., #100
Elgin, IL 60123

TBSP-Lockport, LLC
1550 East Higgins Road, #102
Elk Grove Village, IL 60007

We Energies
333 W. Everett St.
Milwaukee, WI 53290-1000

Royal Publishing
Peoria Office
7620 North Harker
Peoria, IL 61615

TEMco Contracting LLC
PO Box 551
Mount Prospect, IL 60056

WeGo, LLC
1218 Douglas Road
Oswego, IL 60543

Westlake  Southlake  Mall
Attn:  Matthew  J.  Riek
2109  Southlake  Mall
Merrillville,  IN  46410


Wisconsin  Dept.  of  Revenue
Division  of  Income,  Sales  &  Excise
PO  Box  8933,  Mail  Stop  6-40
Madison,  WI  53708-8933


Work  Wireless
20464  Chartwell  Center  Dr.,  Suite  #
Cornelius,  NC  28031


Yorktown  Holdlings  LLC
c/o  Long/Pehrson  Associates  LLC
203  Yorktown  Center
Lombard,  IL  60148

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Wireless Network, LLC**                                    Case No. _____
                                        Debtor(s)        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **The Wireless Network, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 22, 2007
Date

DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for   **The Wireless Network, LLC**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| IN RE: | | ) | Chapter 11 |
|---|---|---|---|
| | The Wireless Network, LLC | ) | Bankruptcy Case No. |
| | | ) | |
| | | ) | |
| | Debtor(s) | ) | |

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER          Date: ___October 22, 2007___

A.      To be completed in all cases.

    I(We) __Margo R. Babineaux__ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments,  is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.      To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐      I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.      To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☒      I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Margo R. Babineaux_ (signature) Signature _____

**Margo R. Babineaux**
(Debtor or Corporate Officer, Partner or Member)                              (Joint Debtor)