IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE WIRELESS NETWORK, LLC, ) | Case No. 07-20518 |
| an Illinois limited liability company, ) | |
| ) | Judge Susan Pierson Sonderby |
| Debtor/Debtor-in-Possession. ) | |

### FINAL ORDER AUTHORIZING
### USE OF CASH COLLATERAL OF FIRST UNITED BANK

AT Chicago, Illinois in said District before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, this 2nd day of January, 2008:

THIS MATTER COMING TO BE HEARD upon the Motion of THE WIRELESS NETWORK, LLC, an Illinois limited liability company, Debtor and Debtor in Possession herein, for authority to use cash collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on **Exhibit A** hereto is necessary to avoid immediate and irreparable harm to the Debtor's estate ~~pending a final hearing on the Motion;~~ this Court having previously entered a Final Order Authorizing Debtors in Possession to Use Cash Collateral and to Obtain Post-Petition Financing, Pursuant to Sections 105, 361, 363 and 364 of the Bankruptcy Code, Providing Adequate Protection and Granting Liens, Security Interests, Superpriority Claims and Set-Off Rights relating to the Cellco Partnership, d/b/a Verizon Wireless (hereinafter, the "Verizon DIP Order"); this Court having previously entered four (4) Interim Orders authorizing the Debtor's use of cash collateral of First United Bank ("Bank"); and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

-1-

A) Subject to the terms and conditions of the Verizon DIP Order, the Debtor is authorized to use cash collateral during the period January 5, 2008, through March 1, 2008, to the extent set forth on Exhibit A plus no more than ten percent (10%) of the total proposed expenditures, unless otherwise agreed by the Bank or upon further Order of this Court;

B) In return for the Debtor's use of cash collateral, the Bank is granted the following adequate protection for its purported secured interests:

   1. The Debtor will permit the Bank to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

   2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

   3. The Debtor shall, upon reasonable request, make available to the Bank evidence of that which constitutes their collateral or proceeds;

   4. Subject to the security interests, liens and claims granted to Cellco Partnership in the Verizon DIP Order; the Bank shall be granted a valid, perfected, enforceable, security interest in and to the Debtor's post-petition assets which are now or hereafter become property of this estate, to the extent of its alleged pre-petition liens and to the extent of the Debtor's use of cash collateral;

   5. The Debtor shall execute any documents that may be reasonably required by the Bank to evidence the post-petition liens granted herein; and

   6. The Debtor shall provisionally make monthly payments to the Bank in January 2008 and February 2008 in an amount equal to the non-default, contract rate of interest required under the Bank's loan documents, which amount is estimated by the Debtor to be approximately $13,970.00 per month, with all parties' rights as to the final application of such payments and any future payments being expressly reserved.

C) A continued hearing on the Motion authorizing the Debtor's use of continued cash collateral of the Bank is scheduled before this Court on February 26, 2008, at 10:30 a.m.

ENTER: _____
                    JUDGE

-2-

JAN 0 2 2008

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
\mjo\wireless network\cash collateral - Final.ord.wpd

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

| | Dec 16 - 22 | Dec 23 - 29 | Dec 30 - Jan 5 | Jan 6 - 12 | Jan 13 - 19 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Commission revenue | 520,000.00 | | | | 700,000.00 |
| Gross Sales | 115,000.00 | 115,000.00 | 115,000.00 | 115,000.00 | 115,000.00 |
| Holiday sales | 11,500.00 | 11,500.00 | | | |
| Total Income | 646,500.00 | 126,500.00 | 115,000.00 | 115,000.00 | 815,000.00 |
| Verizon Reimburse - Bill Payments | 18,760.00 | 18,760.00 | 18,760.00 | 18,760.00 | 18,760.00 |
| Payments for Inventory | 340,000.00 | 40,000.00 | 40,000.00 | | 405,000.00 |
| | 358,760.00 | 58,760.00 | 58,760.00 | 18,760.00 | 423,760.00 |
| **Gross Profit** | 287,750.00 | 67,750.00 | 56,250.00 | 96,250.00 | 391,250.00 |
| **Expense** | | | | | |
| Advertising | | | | 1,200.00 | |
| Bank Service Charges | | | 1,800.00 | | |
| Car Allowance - Regional Mgr | | | 238.69 | | |
| Cash overshort | | | 1,800.00 | | |
| Commission expense | | 46,665.00 | | 600.00 | |
| Contract Labor | 320.00 | 2,250.00 | | 2,250.00 | 320.00 |
| Equipment rental | | | 685.00 | | |
| Interest Expense | | | | 1,006.00 | |
| Insurance | 9,400.00 | (925.00) | | | 9,400.00 |
| Merchant Fees | | | 8,215.00 | | |
| Mileage reimbursements | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| New store buildout | 30,000.00 | | | | |
| Office Expenses | 2,034.00 | 1,730.00 | 5,930.00 | 1,830.00 | 2,034.00 |
| Payroll Expenses | | 99,440.00 | | 97,520.00 | |
| Payroll Fees | | 805.00 | 80.00 | 520.00 | |
| Post petition - Commonwealth | | | | | |
| Edison - Add'l Security Deposit | 3,862.05 | | | | |
| Post petition - Nipsco | | | | | |
| Add'l Security Deposit | 1,146.81 | | | | |
| Post petition - Other Utility | | | | | |
| Add'l Security Deposit | 2,400.00 | | | | |
| Lease Cure - Buffalo Grove | 6,500.00 | | | | |
| Post Petition - Committee Counsel | | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Post Petition - Special Counsel | | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| US Trustee Fee | | | | | 8,500.00 |
| Interim Comp - Committee Counsel | | | | | |
| Interim Comp - Wireless Counsel | | | | | |
| Interim Comp - Wireless Accountant | | | | | |
| Verizon Professional Fees | | | 140,549.00 | | 9,800.00 |
| Rent | | 478.00 | 1,780.00 | | |
| Repairs | | 17,062.00 | 30.00 | 10,256.00 | |
| Taxes | 3,808.00 | 1,200.00 | 3,960.00 | 600.00 | 3,808.00 |
| Telephone | 1,240.00 | 1,800.00 | 2,800.00 | 4,640.00 | 1,140.00 |
| Utilities | | | | | |
| Total Expense | 58,553.87 | 196,147.00 | 173,902.59 | 126,096.80 | 37,625.00 |
| Net Ordinary Income (Loss) | 229,196.13 | (128,397.00) | (117,652.59) | (29,846.80) | 353,625.00 |

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

| | Dec 16 - 22 | Dec 23 - 29 | Dec 30 - Jan 5 | Jan 6 - 12 | Jan 13 - 19 |
|---|---|---|---|---|---|
| Beginning Cash | 160,000.00 | 379,198.13 | 260,798.13 | 133,148.54 | 103,300.64 |
| Cash In (Collections/Deposits) | 646,500.00 | 128,500.00 | 115,000.00 | 115,000.00 | 615,000.00 |
| Cash Out (Expenses) | 417,305.87 | 246,897.00 | 242,652.59 | 144,846.00 | 461,375.00 |
| Ending Cash | 379,198.13 | 260,798.13 | 133,148.54 | 103,300.64 | 466,925.64 |
| Beginning Verizon Receivables | 615,000.00 | 446,855.00 | 534,120.00 | 800,020.00 | 963,910.00 |
| Plus: Sales | 153,855.00 | 186,165.00 | 166,900.00 | 163,890.00 | 153,955.00 |
| Less: Collections | 520,000.00 | | | | 700,000.00 |
| Ending Verizon Receivables | 446,855.00 | 534,120.00 | 800,020.00 | 963,910.00 | 417,865.00 |
| Beginning Inventory | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 |
| Plus: Purchases | 206,000.00 | 206,000.00 | 206,000.00 | 206,000.00 | 106,000.00 |
| Less: Sales of Inventory | 205,000.00 | 205,000.00 | 205,000.00 | 205,000.00 | 106,000.00 |
| Ending Inventory | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 |

Note: To the extent additional inventory is required to open additional locations, or if sales increase, additional inventory is to be funded by additional credit from Verizon or additional funding to be obtained with court approval.

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

| | Jan 20 - 25 | Jan 26 - Feb 1 | Feb 2 - 8 | Feb 9 - 15 | Feb 16 - 22 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Commission revenue | | | | | 550,000.00 |
| Gross Sales | 115,000.00 | 115,000.00 | 115,000.00 | 115,000.00 | 115,000.00 |
| Holiday Sales | | | | | |
| Total Income | 115,000.00 | 115,000.00 | 115,000.00 | 115,000.00 | 665,000.00 |
| Verizon Reimburse - Bill Payments | 18,750.00 | 18,750.00 | 18,750.00 | 18,750.00 | 18,750.00 |
| Payments for Inventory | 40,000.00 | 40,000.00 | 40,000.00 | 20,000.00 | 300,000.00 |
| | 58,750.00 | 58,750.00 | 58,750.00 | 38,750.00 | 318,750.00 |
| **Gross Profit** | 56,250.00 | 56,250.00 | 56,250.00 | 76,250.00 | 346,250.00 |
| **Expenses** | | | | | |
| Advertising | | | 1,250.00 | | |
| Bank Service Charges | | 1,800.00 | | | |
| Car Allowance - Regional Mgr | | 230.59 | | | |
| Cash over/short | | 1,800.00 | | | |
| Commission expense | 67,025.00 | | 600.00 | | 67,025.00 |
| Contract Labor | 2,250.00 | | 2,250.00 | 330.00 | 2,250.00 |
| Equipment rental | | 556.00 | | | |
| Interest Expense | 13,970.00 | | 1,005.00 | | 13,970.00 |
| Insurance | (925.00) | | | 6,400.00 | (925.00) |
| Merchant Fees | | 6,215.00 | | | |
| Mileage reimbursements | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| New store buildout | | | | | |
| Office Expenses | 1,720.00 | 6,830.00 | 1,920.00 | 2,035.00 | 1,720.00 |
| Payroll Expenses | 99,440.00 | | 97,520.00 | | 99,440.00 |
| Payroll Fees | 805.00 | 50.00 | 530.00 | | 805.00 |
| Post petition - Commonwealth Edison - Add'l Security Deposit | | | | | |
| Post petition - Nipsco Add'l Security Deposit | | | | | |
| Post petition - Other Utility Add'l Security Deposit | | | | | |
| Lease Cure - Buffalo Grove | | | | | |
| Post Petition - Committee Counsel | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Post Petition - Special Counsel | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | |
| US Trustee Fee | | | | | 36,000.00 |
| Interim Comp - Committee Counsel | | | | | 30,000.00 |
| Interim Comp - Wireless Counsel | | | | | 15,000.00 |
| Interim Comp - Wireless Accountant | | | | | 6,000.00 |
| Verizon Professional Fees | | 5,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |
| Rent | | 140,849.00 | | 9,800.00 | |
| Repairs | 475.00 | 1,700.00 | | | 475.00 |
| Taxes | 17,062.00 | 30.00 | 10,265.00 | | 17,062.00 |
| Telephone | 1,230.00 | 3,500.00 | 500.00 | 3,805.00 | 1,230.00 |
| Utilities | 1,800.00 | 2,800.00 | 6,540.00 | 1,140.00 | 1,800.00 |
| **Total Expense** | 210,477.00 | 178,902.69 | 121,095.00 | 34,135.00 | 293,977.00 |
| **Net Ordinary Income (Loss)** | (154,227.00) | (122,652.69) | (74,845.00) | 42,125.00 | 52,273.00 |

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

|  | Jan 20 - 26 | Jan 26 - Feb 1 | Feb 2 - 8 | Feb 9 - 15 | Feb 16 - 22 |
|---|---|---|---|---|---|
| Beginning Cash | 456,926.54 | 302,608.54 | 180,045.85 | 105,199.85 | 147,324.96 |
| Cash In (Collections/Deposits) | 115,000.00 | 115,000.00 | 115,000.00 | 115,000.00 | 665,000.00 |
| Cash Out (Expenses) | 268,327.00 | 237,662.69 | 189,848.00 | 72,875.00 | 812,727.00 |
| Ending Cash | 302,608.54 | 180,045.85 | 105,199.85 | 147,324.85 | 199,597.85 |
| Beginning Verizon Receivables | 417,865.00 | 571,830.00 | 786,665.00 | 922,665.00 | 1,086,775.00 |
| Plus: Sales | 163,965.00 | 165,165.00 | 165,800.00 | 163,890.00 | 153,965.00 |
| Less: Collections |  |  |  |  | 440,000.00 |
| Ending Verizon Receivables | 571,830.00 | 786,665.00 | 922,665.00 | 1,086,775.00 | 880,730.00 |
| Beginning Inventory | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 |
| Plus: Purchases | 186,000.00 | 206,000.00 | 206,000.00 | 206,000.00 | 186,000.00 |
| Less: Sales of Inventory | 186,000.00 | 206,000.00 | 206,000.00 | 206,000.00 | 186,000.00 |
| Ending Inventory | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 | 515,000.00 |

Note: In the event additional inventory is required to open additional locations, or if sales increase, additional inventory is to be funded by additional credit from Verizon or additional funding to be obtained with court approval.

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

| | Feb 23 - Mar 1 | Total |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Commission revenue | - | 1,770,000.00 |
| Gross Sales | 115,000.00 | 1,365,000.00 |
| Holiday Sales | - | 23,000.00 |
| **Total Income** | 115,000.00 | 3,058,000.00 |
| | | |
| Verizon Reimburse - Bill Payments | 18,750.00 | 205,260.00 |
| Payments for Inventory | 20,000.00 | 1,256,000.00 |
| | 38,750.00 | 1,461,260.00 |
| | | |
| **Gross Profit** | 76,250.00 | 1,596,750.00 |
| **Expense** | | |
| Advertising | - | 2,600.00 |
| Bank Service Charges | 1,800.00 | 4,800.00 |
| Car Allowance - Regional Mgr | 230.80 | 715.77 |
| Cash over/short | 1,900.00 | 6,700.00 |
| Commission expense | - | 201,915.00 |
| Contract Labor | - | 12,210.00 |
| Equipment rental | 685.00 | 1,895.00 |
| Interest Expense | - | 26,662.00 |
| Insurance | - | 19,425.00 |
| Merchant Fees | 8,215.00 | 24,645.00 |
| Mileage reimbursements | 825.00 | 6,875.00 |
| New store buildout | - | 30,000.00 |
| Office Expenses | 5,630.00 | 36,595.00 |
| Payroll Expenses | - | 463,360.00 |
| Payroll Fees | 60.00 | 3,605.00 |
| Post petition - Commonwealth Edison - Add'l Security Deposit | - | 3,862.08 |
| Post petition - Nipsco Add'l Security Deposit | - | 1,146.81 |
| Post petition - Other Utility Add'l Security Deposit | - | 2,409.00 |
| Lease Cure - Buffalo Grove | - | 6,500.00 |
| Post Petition - Committee Counsel | 2,600.00 | 34,000.00 |
| Post Petition - Special Counsel | 2,900.00 | 22,500.00 |
| US Trustee Fee | - | 8,500.00 |
| Interim Comp - Committee Counsel | - | 36,900.00 |
| Interim Comp - Wireless Counsel | - | 30,000.00 |
| Interim Comp - Wireless Accountant | - | 18,000.00 |
| Verizon Professional Fees | 5,000.00 | 25,500.00 |
| Rent | 140,540.90 | 441,247.00 |
| Repairs | 1,700.80 | 6,485.00 |
| Taxes | 30.00 | 71,805.00 |
| Telephone | 3,900.00 | 28,005.00 |
| Utilities | 2,900.00 | 28,950.00 |
| **Total Expense** | 178,952.50 | 1,819,805.04 |
| **Net Ordinary Income (Loss)** | (102,852.50) | (53,054.84) |

The Wireless Networx, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

|  | Feb 23 - Mar 1 | Total |
|---|---|---|
| **Beginning Cash** |  |  |
| Cash In (Collections/Deposits) | 199,507.95 | 150,000.00 |
| Cash Out (Expenses) | 115,000.00 | 3,059,000.00 |
|  | 217,652.59 | 3,111,054.64 |
| Ending Cash | 96,945.36 | 96,945.36 |
|  |  |  |
| **Beginning Verizon Receivables** |  |  |
| Plus: Sales | 690,730.00 | 815,000.00 |
| Less: Collections | 153,995.00 | 1,799,725.00 |
|  |  | 1,770,000.00 |
| Ending Verizon Receivables | 844,725.00 | 844,725.00 |
|  |  |  |
| **Beginning Inventory** |  |  |
| Plus: Purchases | 515,000.00 |  |
| Less: Sales of Inventory | 205,000.00 |  |
|  | 205,000.00 |  |
| Ending Inventory | 515,000.00 |  |

Note:   To the extent additional inventory is required to open additional locations, or if sales increase, additional inventory is to be funded by additional credit from Verizon or additional funding to be obtained with court approval.