IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WIRELESS NETWORK, LLC, | ) | Case No. 07-20518 |
| an Illinois limited liability company, | ) | |
| | ) | Judge Susan Pierson Sonderby |
| Debtor/Debtor-in-Possession. | ) | |

### ORDER EXTENDING EFFECTIVENESS OF FINAL ORDER
### AUTHORIZING USE OF CASH COLLATERAL OF FIRST UNITED BANK

AT Chicago, Illinois in said District before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, this 4th day of June, 2008:

THIS MATTER COMING TO BE HEARD upon the continued hearing on the Motion of THE WIRELESS NETWORK, LLC, an Illinois limited liability company, Debtor and Debtor in Possession herein, for authority to use cash collateral pursuant to Section 363 of the Bankruptcy Code (the "Cash Collateral Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on **Exhibit A** hereto is necessary to avoid immediate and irreparable harm to the Debtor's estate; this Court having previously entered a Final Order Authorizing Debtor in Possession to Use Cash Collateral and to Obtain Post-Petition Financing, Pursuant to Sections 105, 361, 363 and 364 of the Bankruptcy Code, Providing Adequate Protection and Granting Liens, Security Interests, Superpriority Claims and Set-Off Rights relating to the Cellco Partnership, d/b/a Verizon Wireless ("Verizon DIP Order"); this Court having previously entered a Final Order Authorizing Use of Cash Collateral of First United Bank ("Bank Cash Collateral Order"); this Court having also extended the effectiveness of the Verizon DIP Order by entry of a separate Order; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The effectiveness of the Bank Cash Collateral Order is extended through and including July 19, 2008 with respect to the budget attached hereto as Exhibit A;

B) The entry of this Order is without prejudice to the right of First United Bank to seek termination of the Debtor's continued use of cash collateral; and

C) A continued hearing on the Cash Collateral Motion is scheduled before this Court on July 15, 2008, at 10:30 a.m.

ENTER: _____
JUDGE

JUN 0 4 2008

**DEBTOR'S COUNSEL:**
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
\mjo\wireless network\cash collateral - First United Final2.ord.wpd

# EXHIBIT A

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

| | June 8 - 14 | June 15 - 21 | June 22 - 28 | June 29 - July 5 | July 6 - 12 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Commission revenue | - | 490,000.00 | - | - | - |
| Gross Sales | 100,600.00 | 100,600.00 | 100,600.00 | 100,600.00 | 100,600.00 |
| Total Income | 100,600.00 | 590,600.00 | 100,600.00 | 100,600.00 | 100,600.00 |
| Verizon Reimburse - Bill Payments | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Verizon payment | - | 300,000.00 | - | - | - |
| Other inventory purchases | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 |
| Accessory purchases | 3,000.00 | - | 3,000.00 | - | 3,000.00 |
| | 48,000.00 | 345,000.00 | 48,000.00 | 45,000.00 | 48,000.00 |
| **Gross Profit** | 52,600.00 | 245,600.00 | 52,600.00 | 55,600.00 | 52,600.00 |
| **Expense** | | | | | |
| Advertising | - | - | - | - | - |
| Bank Service Charges | - | 1,800.00 | - | - | - |
| Car Allowance - Regional Mgr | - | 250.00 | - | - | - |
| Cash over/short | - | - | - | 3,800.00 | - |
| Commission expense | 1,700.00 | - | 32,525.00 | - | 1,700.00 |
| Contract Labor | 2,250.00 | - | - | - | 2,250.00 |
| Equipment rental | - | 590.00 | - | - | - |
| Interest Expense | - | - | - | 12,800.00 | - |
| Insurance | - | 18,000.00 | - | - | - |
| Merchant Fees | - | - | - | 8,950.00 | - |
| Mileage reimbursements | - | 1,700.00 | - | 350.00 | - |
| Office Expenses | 500.00 | 3,000.00 | 500.00 | 3,000.00 | 500.00 |
| Payroll Expenses | 71,050.00 | - | 71,050.00 | - | 71,050.00 |
| Payroll Fees | 700.00 | - | 700.00 | - | 700.00 |
| US Trustee Fee | - | - | - | - | - |
| Interim Comp - Committee Counsel | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Interim Comp - Wireless Counsel | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Interim Comp - Wireless Accountant | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Rent | - | - | - | 119,297.00 | - |
| Repairs | - | 1,500.00 | - | 1,500.00 | - |
| Sales Taxes - Illinois | - | - | - | - | - |
| Sales Taxes - Indiana | - | - | - | - | - |
| Sales Taxes - Minnesota | - | - | - | - | - |
| Sales Taxes - Wisconsin | - | - | - | - | - |
| Taxes | 8,055.00 | - | 10,920.00 | - | 8,055.00 |
| Telephone | - | 3,610.00 | - | 6,510.00 | - |
| Utilities | - | 3,610.00 | 380.00 | 3,670.00 | - |
| Total Expense | 88,755.00 | 38,360.00 | 120,575.00 | 160,807.00 | 88,755.00 |
| Net Ordinary Income (Loss) | (36,155.00) | 207,240.00 | (67,975.00) | (105,207.00) | (36,155.00) |



The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

|  | June 8 - 14 | June 15 - 21 | June 22 - 28 | June 29 - July 5 | July 6 - 12 |
|---|---|---|---|---|---|
| Beginning Cash | 50,000.00 | 23,845.00 | 231,085.00 | 183,110.00 | 57,903.00 |
| Cash In (Collections/Deposits) | 100,600.00 | 590,600.00 | 100,600.00 | 100,600.00 | 100,600.00 |
| Cash Out (Expenses) | 136,755.00 | 383,360.00 | 148,575.00 | 225,807.00 | 136,755.00 |
| Ending Cash | 23,845.00 | 231,085.00 | 183,110.00 | 57,903.00 | 21,748.00 |
| | | | | | |
| Beginning Verizon Receivables | 470,000.00 | 590,000.00 | 710,000.00 | 380,000.00 | 500,000.00 |
| Plus: Sales | 120,000.00 | 120,000.00 | 120,000.00 | 120,000.00 | 120,000.00 |
| Less: Collections | - | - | 450,000.00 | - | - |
| Ending Verizon Receivables | 590,000.00 | 710,000.00 | 380,000.00 | 500,000.00 | 620,000.00 |
| | | | | | |
| Beginning Inventory | 800,000.00 | 808,000.00 | 816,000.00 | 624,000.00 | 632,000.00 |
| Plus: Purchases | 120,000.00 | 120,000.00 | 120,000.00 | 120,000.00 | 100,000.00 |
| Less: Sales of Inventory | 112,000.00 | 112,000.00 | 112,000.00 | 112,000.00 | 112,000.00 |
| Ending Inventory | 808,000.00 | 816,000.00 | 824,000.00 | 632,000.00 | 620,000.00 |

Note:   To the extent additional inventory is required to open additional locations, or if sales increase,
additional inventory is to be funded by additional credit from Verizon or additional funding
to be obtained from debtors principals with court approval.

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

|  | July 13 - 19 |
|---|---|
| **Ordinary Income/Expense** |  |
|   Income |  |
|     Commission revenue | - |
|     Gross Sales | 100,600.00 |
|   Total Income | 100,600.00 |
|  |  |
|   Verizon Reimburse - Bill Payments | 25,000.00 |
|   Verizon payment | - |
|   Other inventory purchases | - |
|   Accessory purchases | - |
|  | 25,000.00 |
|  |  |
| **Gross Profit** | 75,600.00 |
|   Expense |  |
|     Advertising | - |
|     Bank Service Charges | 1,600.00 |
|     Car Allowance - Regional Mgr | 250.00 |
|     Cash over/short | - |
|     Commission expense | - |
|     Contract Labor | - |
|     Equipment rental | 690.00 |
|     Interest Expense | - |
|     Insurance | 8,500.00 |
|     Merchant Fees | - |
|     Mileage reimbursements | 1,700.00 |
|     Office Expenses | 3,000.00 |
|     Payroll Expenses | - |
|     Payroll Fees | - |
|     US Trustee Fee | - |
|     Interim Comp - Committee Counsel | 1,000.00 |
|     Interim Comp - Wireless Counsel | 1,000.00 |
|     Interim Comp - Wireless Accountant | 2,500.00 |
|     Rent | - |
|     Repairs | 1,500.00 |
|     Sales Taxes - Illinois | - |
|     Sales Taxes - Indiana | - |
|     Sales Taxes - Minnesota | - |
|     Sales Taxes - Wisconsin | - |
|     Taxes | - |
|     Telephone | 3,810.00 |
|     Utilities | 3,710.00 |
|   Total Expense | 28,960.00 |
| **Net Ordinary Income (Loss)** | 46,640.00 |

The Wireless Network, LLC - Consolidated
Cash Receipts & Disbursements - Income Tax Basis

|  | July 13 - 19 |
|---|---|
| Beginning Cash | 21,748.00 |
| Cash In (Collections/Deposits) | 100,600.00 |
| Cash Out (Expenses) | 53,960.00 |
| Ending Cash | 68,388.00 |
| Beginning Verizon Receivables | 620,000.00 |
| Plus: Sales | 120,000.00 |
| Less: Collections |  |
| Ending Verizon Receivables | 740,000.00 |
| Beginning Inventory | 620,000.00 |
| Plus: Purchases | 100,000.00 |
| Less: Sales of Inventory | 112,000.00 |
| Ending Inventory | 608,000.00 |

Note: To the extent additional inventory is required to open additional locations, or if sales increase, additional inventory is to be funded by additional credit from Verizon or additional funding to be obtained from debtors principals with court approval.