IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE WIRELESS NETWORK, LLC, ) | Case No. 07-20518 |
| an Illinois limited liability company, ) | |
| ) | Judge Susan Pierson Sonderby |
| Debtor/Debtor-in-Possession. ) | |

## AGREED ORDER FURTHER EXTENDING MATURITY DATE FOR POST-PETITION FINANCING

This matter coming before the Court on the motion of The Wireless Network, LLC, Debtor and Debtor-in-Possession (the "**Debtor**") in the above-captioned chapter 11 bankruptcy case and Cellco Partnership and its affiliates, doing business as Verizon Wireless (collectively, "**Verizon**") for the entry of an agreed order extending the Maturity Date[1] for post-petition financing set forth in that certain Order Authorizing Debtor-in-Possession to Continue to Use Cash Collateral and to Obtain Post-Petition Financing Pursuant to Sections 105, 361, 363, and 364 of the Bankruptcy Code, Providing Adequate Protection and Granting Liens, Security interests, Superpriority Claims and Set-Off Rights (the "**Continued Financing Order**"); and it appearing that the relief requested by the Debtor and Verizon is in the best interest of the Debtor, its estate, its creditors, and other parties in interest:

**IT IS HEREBY ORDERED THAT:**

1. The Maturity Date, as defined in Paragraph 13(h) of the Continued Financing Order, is hereby modified to mean the earliest of the following: (a) August 30, 2008; (b) the entry of an order pursuant to Section 363 of the Bankruptcy Code approving the sale of substantially all of the Debtor's assets; (c) the Debtor ceases doing business; (d) the effective date of any plan of

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Continued Financing Order.

reorganization; (e) conversion of the Chapter 11 Case to a case under Chapter 7 of the Bankruptcy Code; (f) appointment of a trustee or examiner in the Chapter 11 Case; or (g) dismissal of the Chapter 11 Case.

2. The Court shall conduct a status hearing on the Continued Financing Order, as modified herein, set for August 27, 2008 at 10:30 a.m.

3. This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois  
July 28, 2008

**ENTERED**

_____  
United States Bankruptcy Judge

*CHI 57,369,194v1 7-23-08*