IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE WIRELESS NETWORK, LLC, ) | Case No. 07-20518 |
| an Illinois limited liability company, ) | |
| ) | Judge Susan Pierson Sonderby |
| Debtor/Debtor-in-Possession. ) | |

**ORDER APPROVING ALLOWANCE OF FINAL COMPENSATION AND
TO ACCOUNTANT TO DEBTOR AND GRANTING RELATED RELIEF**

AT CHICAGO, Illinois in said Division and District before the Honorable SUSAN PIERSON SONDERBY, Bankruptcy Judge, this _____ day of _____, 2008.

THIS MATTER COMING TO BE HEARD upon the motion of THE WIRELESS NETWORK, LLC, Debtor and Debtor in Possession herein, pursuant to Section 330 of the Bankruptcy Code, for allowance of final compensation and for related relief to the firm of ERICKSON, BROWN & KLOSTER, P.C., ("EBK"), Debtor's Accountant; proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) EBK is allowed final compensation for the accounting services provided by EBK to the Debtor for the period May 1, 2008, through September 24, 2008, in the amount of $23,880.60;

B) All prior allowances of interim compensation and reimbursement of expenses are approved under Section 330 of the Bankruptcy Code;

C) Allowing payment of the Holdback (as that term is defined in the Motion) in the amount of $4,658.48; and

D)  The Debtor is authorized and directed to immediately pay all sums allowed under this Order to EBK from available funds in the estate.

DATE:                                   Enter: _____
                                                Bankruptcy Judge


**DEBTOR'S COUNSEL**
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
312/641-6777
\mjo\wireless network\Pay Accountant Final.Ord.wpd

-2-