Statement No: 99943849

For professional services rendered with regard to the Official Committee of Unsecured Creditors of The Wireless Network, LLC with regard to:

Re: <u>Litigation (0015)</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Feb 5, 2008 | WEM | E-mail correspondence with Shira Isenberg regarding hearing on Pannos adversary (0.1); review memorandum regarding the adversary proceeding (0.2). | 0.30 |
| Feb 6, 2008 | SRI | Review e-mail correspondence from Wendy Morris regarding status hearing on Pannos litigation (0.1). | 0.10 |
| Feb 6, 2008 | WEM | Prepare for court hearing, (i.e., review court call), on status of the Pannos litigation (0.1); appear in court on same (0.4); e-mail correspondence to Shira Isenberg regarding status of same (0.1). | 0.60 |
| Feb 13, 2008 | TRF | E-mail correspondence with working group regarding mediation on Pannos litigation (0.1). | 0.10 |
| Feb 13, 2008 | WEM | E-mail correspondence with Aaron Hammer regarding February 13, 2008 settlement conference before Judge Schwartz on Pannos litigation (0.1). | 0.10 |
| Feb 18, 2008 | AH | E-mail correspondence from Shira Isenberg regarding communication with John Burke and Bill Choslovsky (Pannos' counsel) on status of Pannos litigation (0.1); e-mail correspondence with Shira Isenberg and Thomas Fawkes regarding same and strategic considerations (0.1). | 0.20 |
| Feb 21, 2008 | AH | Meeting with David Welch (Debtor's counsel) to discuss case status, pending Debtor motions and status of Pannos litigation (0.6); follow-up with Shira Isenberg and Thomas Fawkes regarding same (0.2). | 0.80 |
| Mar 3, 2008 | WEM | Review verified complaint for declaratory and injunctive relief filed against the Debtor, Margo Babineaux, and Jeff Svihlik in Illinois state court and removed to bankruptcy court (0.2); e-mail correspondence to Shira Isenberg, Aaron Hammer and Thomas Fawkes regarding same (0.1). | 0.30 |
| Mar 18, 2008 | TRF | E-mail correspondence with Shira Isenberg regarding Pannos litigation settlement (0.1). | 0.10 |
| Mar 27, 2008 | AH | Review motion to approve settlement agreement on Pannos litigation (0.4). | 0.40 |
| Mar 27, 2008 | TRF | Review and analyze Pannos settlement agreement (0.2); e-mail correspondence to Aaron Hammer and Shira Isenberg regarding same (0.1). | 0.30 |
| Mar 28, 2008 | SRI | Review Pannos settlement agreement and approval motion (0.2). | 0.20 |
| Apr 16, 2008 | SRI | E-mail correspondence with Wendy Morris regarding hearing on Debtor's settlement motion (0.1). | 0.10 |
| Apr 16, 2008 | WEM | Appear in court on motion to approve settlement of Pannos litigation (0.3); e-mail correspondence to Aaron Hammer and Thomas Fawkes regard status (0.2). | 0.50 |
| Apr 21, 2008 | SRI | Review order approving settlement of Pannos litigation (0.1). | 0.10 |

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 1.40 | $510.00 | $714.00 |
| Fawkes, Thomas | 0.50 | $405.00 | $202.50 |
| Isenberg, Shira R. | 0.50 | $355.00 | $177.50 |
| Morris, Wendy E. | 1.80 | $295.00 | $531.00 |
| TOTAL HOURS | 4.20 | | |
| TOTAL FEES | | | $1,625.00 |

**TOTAL FEES AND DISBURSEMENTS**          $1,625.00